AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| MOHAMMAD ARIF JAN MEHTERZAI, ) | Case No. |
| also known as Arif Mehterzai ) | |
| ) | |
| ) | |
| *Defendant(s)* | |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of March 4, 2010, beginning outside the jurisdiction of any particular state or district of the United States, and later within the District of Columbia and elsewhere, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 22 U.S.C. § 2778(b)(2) | Unlawful Export of Defense Articles |
| 22 C.F.R. Parts 121.1 and 127.1 | |
| 18. U.S.C. § 2 | Aiding and Abetting and Causing an Act to be Done |

Set forth in Attachment A hereto, which is made a part thereof

This criminal complaint is based on these facts:

See Attached Affidavit

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher Malone, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:_____

_____
*Judge's signature*

City and state: Washington, D.C.

_____
*Printed name and title*