**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | Case No. 12-CR-235 |
| **MOHAMMAD ARIF JAN MEHTERZAI,<br>A/K/A ARIF MEHTERZAI,** | |
| **Defendant.** | **Filed Under Seal** |

**GOVERNMENT'S MOTION TO SEAL
ITS MOTION FOR APPROPRIATE RELIEF, ARREST WARRANT,
AND RELATED DOCUMENTS**

The United States of America, by and through its undersigned counsel, respectfully moves the Court for an Order placing its Motion for Appropriate Relief, the Arrest Warrant (issued on the Indictment), this Motion to Seal, and any other related materials (including any Order that may issue) under seal. In support of this motion, the government states:

1.     The Court has the inherent power to seal court filings when appropriate, including the Arrest Warrant. *United States v. Hubbard*, 650 F.2d 293, 315-16 (D.C. Cir. 1980) (citing *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978)). More particularly, the Court may seal the Arrest Warrant to prevent serious jeopardy to an ongoing criminal investigation when, as in the present case, such jeopardy creates a compelling governmental interest in preserving the confidentiality of the Arrest Warrant. *See Washington Post v. Robinson*, 935 F.2d 282, 287-89 (D.C. Cir. 1991).

2.     On March 14, 2011, Mohammad Arfi Jan MEHTERZAI was charged in the United States District Court for the District of Columbia by a criminal complaint, in case number 11-175-M-01, for the Unlawful Export of Defense Articles from the United States, in violation of 22

U.S.C. §§ 2778 and 2. On that same date and in connection with the case, U.S. Magistrate Judge John M. Facciola issued a warrant for MEHTERZAI's arrest. A Red Notice was subsequently issued on the arrest warrant.

3.      On November 2, 2012, MEHTERZAI was charged by indictment in connection with this case in the United States District Court for the District of Columbia, in case number 12-cr-235. The Indictment charges MEHTERZAI with one count of Conspiracy to Defraud the United States and to Unlawfully Export Defense Articles from the United States, in violation of 18 U.S.C. § 371 (and 22 U.S.C. § 2778 and 22 C.F.R. Part 127.1), and ten counts of Unlawfully Exporting Defense Articles from the United States, in violation of 22 U.S.C. § 2778 (and 22 C.F.R. Part 127.1and 18 U.S.C. § 2). (DE #6).

4.      On July 28, 2025, MEHTERZAI was arrested at Václav Havel Airport in Prague, Czech Republic, pursuant to the Red Notice. The United States requested his provisional arrest and is in the process of seeking his extradition to the United States. Currently, MEHTERZAI remains detained pending his extradition to the United States.

5.      To facilitate MEHTERZAI's extradition, the Government in its Motion for Appropriate Relief is seeking an Arrest Warrant on the pending Indictment. To protect the integrity of investigation and the extradition process, the Government is seeking a limited sealing of the Arrest Warrant issued on the Indictment until it is served on the MEHTERZAI. In addition, the Government respectfully moves that it be permitted to disclose the Arrest Warrant to (1) appropriate U.S. and foreign law enforcement officials and other officials and personnel to the extent that such disclosure is in furtherance of national security or efforts to locate, arrest, detain, transfer, extradite, or expel the defendant, and (2) the court, court officials, and defense counsel in

this district or any other appropriate district as necessary to conduct any court proceedings in that district.

6.    For the foregoing reasons, the government respectfully requests that the Arrest Warrant be sealed until further order of this Court, except as necessary to facilitate the enforcement of criminal law, including the execution of the Arrest Warrant, or to any federal or foreign official to assist the official receiving the information in the performance of that official's duties.

Respectfully submitted,

Jeanine Ferris Pirro
United States Attorney

By:  /s/ Michael C. DiLorenzo
     Michael C. DiLorenzo
     Assistant United States Attorney
     MD Bar Number 931214 0189
     United States Attorney's Office
     601 D Street, N.W.
     Washington, D.C.  20530
     Telephone: 202-252-7650
     Email: michael.dilorenzo@usdoj.gov